**Electronically Filed
Intermediate Court of Appeals
30326
17-JAN-2012
02:45 PM**

NO. 30326

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
JON BUONO, Defendant-Appellant.


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 07-1-0243)


ORDER OF CORRECTION
(By: Ginoza, J. for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition
Order, filed on January 13, 2012, is hereby corrected as follows:

1.  At page 1, in the seventh line of the caption, the
court name "First Circuit" is changed to "Fifth Circuit" so that
the caption reads as follows:

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CR. NO. 07-1-0243)

The clerk of the court is directed to take all
necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, January 17, 2012.


FOR THE COURT:

*[signature]*

Associate Judge

---

[1]  Leonard, Presiding Judge, Reifurth and Ginoza, JJ.